THE ATCHISON, TOPEKA & SANTA FÉ RAILROAD COM-
PANY V. THE BOARD OF COMMISSIONERS OF OSAGE
COUNTY.—THE CHICAGO, KANSAS & WESTERN RAIL-
ROAD COMPANY V. SAME.

HIGHWAY— *Crossing Railroad Track — Compensation.*   Where a high-
way is established across a railroad company's right-of-way, it is
entitled to compensation for all necessary expenditures in construct-
ing cattle-guards, and such other things as it is required by statute
to construct on account of the highway.

*Error from Osage District Court.*

ACTION by the Atchison, Topeka & Santa Fé Railroad
Company against the board of commissioners of Osage county,
and an action by the Chicago, Kansas & Western Railroad
Company against same defendants, each for the recovery of
compensation for constructing cattle-guards at public cross-
ings of their roads.   On judgments for defendants, at the No-
vember term, 1888, plaintiffs bring error.

*Geo. R. Peck, A. A. Hurd,* and *Robert Dunlap,* for plain-
tiffs in error.

*H. B. Hughbanks,* for defendants in error.

*Per Curiam:* The judgments of the court below in these
two cases will be reversed, upon the authority of the follow-
ing cases: *K. C. Rld. Co. v. Comm'rs of Jackson Co.,* 45 Kas.
716; *Comm'rs of Greenwood Co. v. K. C. E. & S. K. Rly.
Co.,* 46 id. 104.